BAMBERGER and Another *v.* SHAWN.

ERROR to the *Sullivan* Circuit Court. <span style="float:right">*Monday,*<br>*December* 17.</span>

*Per Curiam.*—In this case there was a joint judgment
against both defendants, on a trial as to one of them, with-
out an issue.  This was error.  *Dunn* v. *Hall*, 8 Blackf. 32.

The judgment is reversed with costs.   Cause remanded,
with leave to make up the issues.

*J. P. Usher*, for the plaintiffs.